**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERTHA JOHNSON,

        Plaintiff(s),

    v.

PERALTA COMMUNITY COLLEGE DISTRICT,

        Defendant(s).
_____/

Case No. C08-4152 JCS

**ORDER RE: PLAINTIFF'S LETTER REQUESTING AN IMMEDIATE NEED FOR A SITE INSPECTION**
**[Docket No. 11]**

On March 25, 2009, Plaintiff filed a Letter Requesting an Immediate Need for a Site Inspection. Defendant filed a response on March 27, 2009.

For good cause shown, IT IS HEREBY ORDERED THAT, pursuant to this Court's Order of September 2, 2008, the parties shall conduct a joint site inspection on April 28 and 29, 2009.

IT IS SO ORDERED.

Dated: April 2, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge