LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail:  leonel@stubbsleone.com
          leedc@stubbsleone.com

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

PAUL L. REIN, ESQ. (SBN: 43053)
CELIA McGUINNESS, ESQ. (SBN: 159420)
**LAW OFFICES OF PAUL L. REIN**
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
E-mail: cmcguinness@reinlawoffice.com

Attorneys for Plaintiff
BERTHA JOHNSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA JOHNSON,<br><br>                  Plaintiff,<br><br>          vs.<br><br><br>PERALTA COMMUNITY COLLEGE DISTRICT; DOES 1through 10, inclusive,<br><br>                  Defendants. | Case No.: C08-04152 JCS (ADR)<br><br><br>**SETTLEMENT AGREEMENT AND [PROPOSED] ORDER AS TO ATTORNEYS' FEES AND COSTS** |

1

SETTLEMENT AGREEMENT AND ORDER                                   C08-04152 JCS (ADR)

FOR AND IN CONSIDERATION of the payment of a check made payable to the LAW OFFICES OF PAUL L. REIN in the amount of ONE HUNDRED AND TWENTY FOUR THOUSAND FIVE HUNDRED SEVENTY THREE DOLLARS and NO CENTS ($124,573.00) the undersigned PAUL L. REIN does hereby release, acquit, and forever discharge the PERALTA COMMUNITY COLLEGE DISTRICT and their agents, employees of and from any claims for attorneys' fees, expert and litigation costs arising out of a case entitled JOHNSON v PERALTA COMMUNITY COLLEGE, United States District Court for the Northern District of California Case No. C 08-04152 (JCS) (ADR).

1.      The undersigned PAUL L. REIN hereby waives the provisions of Section 1542 of the Civil Code of the State of California, which reads as follows:

> A general release does not extend to claims which the creditor
> does not know or suspect to exist in his or her favor at the time of
> executing the release, which if known by him or her must have
> materially affected his or her settlement with the debtor.

2.      It is expressly understood and agreed that there are no claims or promises not expressed in this Release; that the payment of said settlement consideration sum is not and shall not be construed or deemed as an admission of liability on the part of any person, individual, firm, entity, but that the parties herein released are compromising and settling the disputed claims as set forth herein.

3.      The undersigned PAUL L. REIN represents that within ten days of the aforementioned payment of fees and costs that he will stipulate to a Request for an Order Dismissing with prejudice the case JOHNNSON v PERALTA COMMUNITY COLLEGE DISTRICT filed in the United States District Court for the Northern District of California Case No. C 08-04152 (JCS) (ADR).

SETTLEMENT AGREEMENT AND ORDER                    C08-04152 JCS (ADR)

4.    The undersigned PAUL L. REIN agrees that the PERALTA COMMUNITY COLLEGE DISTRICT, and their agents, employees and deny any responsibility and/or liability to BERTHA JOHNSON, or others, as a result of the incidents alleged in United States District Court for the Northern District of California Case No. C 08-04152 (JCS) (ADR). The undersigned PAUL L. REIN further agrees that PERALTA COMMUNITY COLLEGE DISTRICT, and their agents and employees deny that BERTHA JOHNSON has sustained any injuries and any damages as claimed by her. However, to avoid further litigation, the PERALTA COMMUNITY COLLEGE DISTRICT and their agents, employees settled all such claims which BERTHA JOHNSON has or may have against the PERALTA COMMUNITY COLLEGE DISTRICT, and their agents, employees. Similarly, the PERALTA COMMUNITY COLLEGE DISTRICT now agrees to settle all of PAUL L. REIN'S claims for attorneys' fees, expert and litigation costs asserted by the of the aforementioned BERTHA JOHNSON matter.

5.    Within 30 days of the execution of this agreement by the undersigned PERALTA COMMUNITY COLLEGE DISTRICT agrees that a settlement check in the amount of ONE HUNDRED AND TWENTY FOUR THOUSAND FIVE HUNDRED SEVENTY THREE DOLLARS and NO CENTS ($124,573.00) will be delivered to the undersigned PAUL L. REIN.

6.    If any term of this Agreement is determined by any court to be unenforceable, the other terms of this Agreement shall nonetheless remain in full force and effect.

7.    Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Agreement.  This Agreement may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

---

SETTLEMENT AGREEMENT AND ORDER                    C08-04152 JCS (ADR)

PERALTA COMMUNITY
COLLEGE DISTRICT

Dated: 9/23 , 2010

_Wise E. Allen_
CHANCELLOR DR. WISE E. ALLEN,
FOR DEFENDANT PERALTA COMMUNITY
COLLEGE DISTRICT

LAW OFFICES OF PAUL L. REIN

Dated: 9/2 , 2010

_Paul L. Rein_
PAUL L. REIN attorney for Plaintiff
BERTHA JOHNSON

**APPROVED AS TO FORM:**

Dated: 9/2 , 2010

LAW OFFICES OF PAUL L. REIN

_Paul L. Rein_
PAUL L. REIN attorney for Plaintiff
BERTHA JOHNSON

Dated: 9-9 , 2010

STUBBS & LEONE

_Claudia Leed_
CLAUDIA LEED
Attorney for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

**ORDER**

Pursuant to the Agreement of the Parties, and for good cause shown, IT IS SO
ORDERED.

Dated: 11/02 , 2010

_____
Honorable JOSEPH C. SPERO
United States District Magistrate Judge

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
Judge Joseph C. Spero

---

SETTLEMENT AGREEMENT AND ORDER                    C08-04152 JCS (ADR)