LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail:  leonel@stubbsleone.com
         leedc@stubbsleone.com

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

PAUL L. REIN, ESQ. (SBN: 43053)
CELIA McGUINNESS, ESQ. (SBN: 159420)
**LAW OFFICES OF PAUL L. REIN**
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
E-mail:  cmcguinness@reinlawoffice.com

Attorneys for Plaintiff
BERTHA JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: C08-04152  JCS (ADR)<br><br><br>**SETTLEMENT AGREEMENT AND [PROPOSED] ORDER AS TO DAMAGES** |

　　　　1.　　Plaintiff BERTHA JOHNSON filed a Complaint in <u>BERTHA JOHNSON v. PERALTA COMMUNITY COLLEGE DISTRICT</u> United States District Court, Northern

District of California, Case No. C08-0452 JCS (ADR) on September 2, 2008 for alleged discriminatory experiences, denial of access, and denial of her civil rights, and to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. sections 12101 *et seq.*, and California civil rights laws against Defendant PERALTA COMMUNITY COLLEGE DISTRICT, relating to the alleged conditions of its programs, services and activities at Berkeley City College as of Plaintiff's enrollment as of Fall Semester 2006, and continuing. Plaintiff has alleged that Defendant violated Title II of the Americans With Disabilities Act, California Government Code sections 11135 and 4450 et seq., and California Civil Code sections 51, 52, 54, and 54.1 by failing to provide full and equal access to their facilities at Berkeley City College, located at 2050 Center Street, Berkeley, California.

    2. Defendant PERALTA COMMUNITY COLLEGE DISTRICT denies the allegations in the Complaint and by entering into this Settlement Agreement does not admit liability to any of the allegations in Plaintiff's Complaint filed in this action. The parties hereby enter into this Agreement for the purpose of resolving Plaintiff's monetary damages claims in this lawsuit without the need for protracted litigation, and without the admission of any fault or liability.

    WHEREFORE, the parties to this Settlement Agreement hereby agree and stipulate to the Court's entry of this Settlement Agreement and Order, which provides as follows:

## SETTLEMENT OF CLAIMS FOR INJUNCTIVE RELIEF:

    3. The parties resolved the injunctive relief claims raised in Plaintiff's Complaint as memorialized in a Settlement Agreement and Order filed with the Court on May 17, 2010.

## SETTLEMENT OF DAMAGE CLAIMS:

    4. The parties have reached an agreement regarding Plaintiff's damages claims, under which Defendants shall pay to Plaintiff's attorney a total of $60,000 by one check payable to "Paul L. Rein in Trust for Bertha Johnson", representing payment

1  for Plaintiff's personal injury, civil rights, and statutory damage claims. Such payment
2  shall be made on or before Ten business days from the signing of this agreement by the
3  Plaintiff, BERTHA JOHNSON.

4    5.    The undersigned BERTHA JOHNSON agrees that in further consideration and inducement for this compromise settlement that it shall apply to all unknown and unanticipated injuries and damages resulting from the afore described claims, as well as those now disclosed and to those undisclosed except as to plaintiff's claims for statutory attorney's fees, litigation expenses, and costs.

### SETTLEMENT OF ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS:

6.    The claims for attorney's fees, litigation expenses and costs are not resolved by this Settlement Agreement. These claims will be the subject of further negotiation. If these claims are not resolved on or before July 1, 2010, plaintiff's attorney may file a motion to the court seeking an Order for payment of attorney fees, litigation expenses and costs. This motion shall be brought on or before November 1, 2010, unless this date is extended by mutual agreement of the parties.

### MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:

7.    The undersigned BERTHA JOHNSON and the PERALTA COMMUNITY COLLEGE DISTRICT hereby waive the provisions of Section 1542 of the Civil Code of the State of California, which reads as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

8.    It is expressly understood and agreed that there are no claims or promises not expressed in this Settlement Agreement; that the payment of said settlement consideration sum is not and shall not be construed or deemed as an admission of

1  liability on the part of any person, individual, firm, entity, but that the parties herein are
2  compromising and settling the disputed claims as set forth herein.
3      9.    The undersigned BERTHA JOHNSON declares and represents that the
4  alleged injuries and damages sustained by BERTHA JOHNSON, may be permanent
5  and progressive, and that recovery there from is uncertain and in executing this
6  Settlement Agreement, the undersigned BERTHA JOHNSON relies wholly upon her
7  own judgment, belief and knowledge of the nature, extent, and duration of said injuries
8  and damages, and that she has not been induced to any extent whatsoever in making
9  this Settlement Agreement by any representations or statements regarding said injuries,
10 or regarding any other matters made by the persons, firms or organization who are
11 hereby released, or by any person or persons representing them, or by any physician,
12 psychiatrist, psychologist, therapist or other care provider.
13     10.    The undersigned BERTHA JOHNSON fully understands that all medical
14 expenses, be they for psychological, psychiatric, or other medical care and treatment,
15 including any and all liens associated thereto, including Workers Compensation liens,
16 are to be the responsibility of the BERTHA JOHNSON, and said undersigned BERTHA
17 JOHNSON agrees to defend and indemnify the PERALTA COMMUNITY COLLEGE
18 DISTRICT their agents, employees and from any claim, cause of action, or action, with
19 respect to any parties not part of this Settlement Agreement asserting any medical lien,
20 or any entitlement to any proceeds with respect to any treatment or benefits afforded to
21 BERTHA JOHNSON with respect to the incidents alleged in United States District Court
22 for the Northern District of California Case No. C 08-04152 (JCS)(ADR).
23     11.    Except for all obligations required in this Agreement, the separate
24 Settlement Agreement and Order on injunctive relief, and plaintiff's pending claims for
25 statutory attorney fees, litigation expenses and costs, the plaintiff BERTHA JOHNSON
26 and the PERALTA COMMUNITY COLLEGE DISTRICT hereby mutual release and
27 forever discharge each other and the DISTRICT'S Board Members, Administrators,
28 agents, employees, representatives, attorneys, from all claims, demands, actions, and

causes of action of whatever kind or nature, presently known or unknown, including, without limitation, claims arising out of or in any way connected with the claims and allegations set forth in Plaintiff's Complaint.

### SEVERABILITY:

12. If any term of this Agreement is determined by any court to be unenforceable, the other terms of this Agreement shall nonetheless remain in full force and effect.

13. The undersigned BERTHA JOHNSON hereby affirms and acknowledges that she has read the foregoing Settlement Agreement and has had the same explained to her by her attorney, and that she fully understands and appreciates the foregoing words and terms and their significance, and that she is entirely satisfied with the settlement herein referred to, and affixes her signature hereto voluntarily and of her own free will and accord.

### SIGNATORIES BIND PARTIES:

14. Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Agreement. This Agreement may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

Dated: _____, 2010

_____
BERTHA JOHNSON, Plaintiff

Dated: 6/17, 2010

_____
CHANCELLOR ELIHU HARRIS
FOR DEFENDANT PERALTA
COMMUNITY COLLEGE DISTRICT

\\\

---

SETTLEMENT AGREEMENT AND ORDER                     5                     C08-04152 JCS (ADR)

causes of action of whatever kind or nature, presently known or unknown, including, without limitation, claims arising out of or in any way connected with the claims and allegations set forth in Plaintiff's Complaint.

**SEVERABILITY:**

12. If any term of this Agreement is determined by any court to be unenforceable, the other terms of this Agreement shall nonetheless remain in full force and effect.

13. The undersigned BERTHA JOHNSON hereby affirms and acknowledges that she has read the foregoing Settlement Agreement and has had the same explained to her by her attorney, and that she fully understands and appreciates the foregoing words and terms and their significance, and that she is entirely satisfied with the settlement herein referred to, and affixes her signature hereto voluntarily and of her own free will and accord.

**SIGNATORIES BIND PARTIES:**

14. Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Agreement. This Agreement may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

Dated: 6/15, 2010

_____
BERTHA JOHNSON, Plaintiff

Dated: 6/21, 2010

_____
THUY THI NGUYEN, General Counsel
for DEFENDANT PERALTA
COMMUNITY COLLEGE DISTRICT

\\\

---

SETTLEMENT AGREEMENT AND ORDER       5       C08-04152 JCS (ADR)

15. I, CELIA McGUINNESS as the attorney for the Plaintiff, BERTHA JOHNSON, do hereby represent and declare that I have fully explained the contents and legal effects of this Release of All Claims to BERTHA JOHNSON.

Dated: June 15, 2010

LAW OFFICES OF PAUL REIN

_____
CELIA McGUINNESS attorney for Plaintiff
BERTHA JOHNSON

**APPROVED AS TO FORM:**

Dated: June 15, 2010

LAW OFFICES OF PAUL L. REIN

_____
CELIA McGUINNESS attorney for Plaintiff
BERTHA JOHNSON

Dated: 6-15, 2010

STUBBS & LEONE

_____
CLAUDIA LEED
Attorney for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

\\\
\\\
\\\
\\\
\\\
\\\

## ORDER

Pursuant to the Agreement of the Parties, and for good cause shown, IT IS SO ORDERED.

Dated: 11/02, 2010



Honorable
United States Magistrate Judge
Judge Joseph C. Spero